**Order entered September 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00182-CR
No. 05-16-00183-CR

**WALDRICK BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1470150-S & F-1500333-S**

## ORDER

Before the Court is The State of Texas's September 15, 2017 "Motion for Extension of Time to File Brief and for Acceptance of Contemporaneously Tendered Brief." This appeal is set for submission on September 20, 2017.

The Court **GRANTS** the State's September 15, 2017 motion for extension of time and acceptance of brief. The State's brief is deemed filed as of the date of this order.

/s/    DOUGLAS S. LANG
PRESIDING JUSTICE